UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KENNETH T. ROBERTS, JR. (#386858)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 13-834-JJB-SCR

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the Court on a Petition (doc.1) under 28 U.S.C. § 2254 for Writ of Habeas Corpus brought by the Defendant, Kenneth T. Roberts, Jr. In the Report and Recommendations (doc. 14) of United States Magistrate Judge Stephen Riedlinger, dated April 28, 2014, the Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied. Subsequently, the plaintiff filed an Objection (doc. 16) to the Report and Recommendations.

The Court has considered the petition and objection, the record, the applicable law, and the Report and Recommendation of United States Magistrate Judge Stephen Riedlinger. The Court finds that the Magistrate Judge's findings of fact, conclusions of law, and recommendations are correct and that the plaintiff's objection consists of arguments that have been properly considered and resolved by the Magistrate Judge.

After review, the Court hereby AFFIRMS and ADOPTS the Magistrate Judge's Report and Recommendations (doc. 14). Accordingly, the Defendant, Kenneth T. Roberts, Jr.'s Petition for Writ of Habeas Corpus (doc. 1) is DENIED.

Baton Rouge, Louisiana, this 3rd day of JUNE, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA